**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**(HARRISBURG)**

-------------------------------------------------------

|  |  |  |
|---|---|---|
| | ) | Chapter 7 |
| | ) | |
| In re: | ) | |
| | ) | |
| Jill E Baun | ) | Case Number: 22-01513 |
| | ) | |
| | ) | Judge: Henry W. Van Eck |
| Debtor. | ) | |
| | ) | |

-------------------------------------------------------

### REQUEST OF TITAN ASSET PURCHASING, LLC
### FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(G)

Please take notice that Titan Asset Purchasing, LLC, a creditor in the above captioned case,

requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules") and sections 102(I), 342 and 1109(b) of title 11 of the United States Code,

11 U.S.C. §§ 101, *et seq.* (as amended, the Bankruptcy Code") that all notices given or required to

be given and all papers served or required to be served in this case be also given to the served,

whether electronically or otherwise, on:

Titan Asset Purchasing, LLC
c/o Thomas J. Kokolis
110 North Washington Street, Suite 500
Rockville, MD 20850
Telephone: 301-656-5775
Facsimile: 301-656-7834
Email: tj@pskfirm.com

By: /s/*Thomas J. Kokolis*____
Thomas J. Kokolis
110 N. Washington Street, Suite 500
Rockville MD 20850
*Limited Participant Counsel for*
*Titan Asset Purchasing, LLC*